## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LAURI WILLIAMS                                                          PLAINTIFF

v.                                       4:24-cv-00692-JM

UNITED STATES OF AMERICA                                        DEFENDANT

## JUDGMENT

Pursuant to the order entered this day, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 12th day of March, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE